UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KANSAS CITY SOUTHERN RAILWAY COMPANY** | **CIVIL ACTION NO. 05-1182-C-4** |
| | **JUDGE HELEN G. BERRIGAN** |
| **VERSUS** | |
| | **MAGISTRATE KAREN WELLS ROBY** |
| **NICHOLS CONSTRUCTION COMPANY, L.L.C., ET AL.** | |

CONSOLIDATED WITH

| | |
|---|---|
| **LARRY SELVAGE** | **CIVIL ACTION NO. 05-4653-C-4** |
| **VERSUS** | **JUDGE HELEN G. BERRIGAN** |
| **NICHOLS CONSTRUCTION CORPORATION, ET AL.** | **MAGISTRATE KAREN WELLS ROBY** |

CONSOLIDATED WITH

| | |
|---|---|
| **JOHN SCOTT** | **CIVIL ACTION NO. 05-5220-C-4** |
| **VERSUS** | **JUDGE HELEN G. BERRIGAN** |
| **NICHOLS CONSTRUCTION COMPANY, L.L.C., ET AL.** | **MAGISTRATE KAREN WELLS ROBY** |

## ORDER

Considering the Motion for Stay of Verbal Order:

IT IS ORDERED that the Motion for Stay of Verbal Order is GRANTED and that the verbal order directing Turner Industries Group, L.L.C. to produce certain documents is stayed until such time that the magistrate judge issues proposed findings and recommendations. Turner Industries Group, L.L.C. shall have the right to comply with or appeal the proposed findings and

**DENIED AS MOOT**

1

recommendations as to the Motion to Compel filed by KCS within 10 days of service pursuant to 28 U.S.C. § 636(b).

New Orleans, Louisiana, this 17th day of April, 2007.

_____
MAGISTRATE JUDGE KAREN WELLS ROBY