UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KANSAS CITY SOUTHERN RAILWAY COMPANY     CIVIL ACTION

VERSUS     NO. 05-1182 & consol. cases

NICHOLS CONSTRUCTION COMPANY, L.L.C.,     SECTION "C"
ET AL

## ORDER AND REASONS

IT IS ORDERED that the motion to disqualify or alternatively limit the testimony of plaintiff John R. Scott's expert witness Nancy Favaloro filed by Kansas City Railway Company is DENIED. (Rec. Doc. 280). The mover has not shown that it was objectively reasonable for it to conclude that a confidential relationship existed or that any confidential or privileged information was disclosed. *Koch Refining Co. v. Jennifer L. Boudreaux, MV*, 85 F.3d 1178, 1185 (5th Cir. 1996).

New Orleans, Louisiana, this 14th day of November, 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

1