UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KANSAS CITY SOUTHERN RAILWAY COMPANY     CIVIL ACTION

VERSUS                                                         NO. 05-1182 & consol. cases

NICHOLS CONSTRUCTION COMPANY, L.L.C.,     SECTION "C"
ET AL

ORDER AND REASONS

This matter comes before the Court on motion in limine to exclude expert testimony of Mark Cheek ("Cheek") and Edward L. Renton, Jr. ("Renton") filed by Kansas City Southern Railway Company ("KCS") and motion in limine to exclude expert testimony of Larry Stokes ("Stokes") filed by KCS.  Having considered the record, the memoranda of counsel and the law, the Court has determined the following.

**Mark Cheek**

KCS first moves for the exclusion of the testimony and opinions of Cheek, an engineer retained by St. Charles Parish to test the asphalt in the area of the accident and render an opinion as to the amount of asphalt in place at the crossing.  KCS argues that his opinions are not based on the "entirety of available data."  (Rec. Doc. 352, p. 2).

1

Specifically, KCS argues that the core samples taken by Cheek did not include samples from close to the rail, from the center of the track or from one side of the roadway. Further, it argues that Cheek's failure to perform chemical or analytical testing of the cores renders his testimony unreliable.

St. Charles argues that KCS offers no contrary expert opinion that challenges Cheek's, and that the motion goes to the weight to be given the testimony, not its admissibility.   The Court agrees with St. Charles on this issue.

**Renton**

KCS next challenges the admissibility of the expert testimony and opinion offered by Renton, who is retained by St. Charles as "a well experienced mover of heavy equipment (28 years)."  (Rec. Doc. 371, p. 4).  Renton's opinions include one that raising the trailer at the front and rear before crossing would have provided the greatest possibility of success of crossing without becoming stuck.  KCS challenges Renton's CV as not supporting the expertise of an accident reconstructionist and, further, argues that his opinion should be excluded because he conducted no analysis.

St. Charles counters with the arguments that Renton is not being offered as an accident reconstructionist, but due to his expertise with heavy equipment, and aruges the fact that Renton reviewed other expert reports that do contain relevant

2

measurements.  The Court finds that Renton's CV supports his qualification as an expert in heavy machinery for purposes of this motion and, again, finds that KCS's arguments go to the weight to be given Renton's opinion and not its admissibility.

**Stokes**

KCS's final challenge concerns the expert testimony to be offered by Stokes, a vocational rehabilitation counselor retained by Selvage.  KCS argues that Stokes's opinion that Selvage is unable to return to work in any capacity is unsupported by the medical evidence and that no functional testing was conducted.  It argues that there is no evidence from a health care provider that Selvage is totally and permanently disabled and that Stokes's opinion is based in large part on Selvage's own belief that he can not work.

Selvage argues that his orthopedic surgeon opined in December 2004 that Selvage "is unable to go back to work until further notice," and that this doctor has not released Selvage to return to work as of March 2008.   In light of the continuance of trial, this Court need not address the distinct issue whether a medical finding of permanent disability is required to support the damages sought by the plaintiff and supported by the testimony of Stokes.

Accordingly,

IT IS ORDERED that the motion in limine to exclude expert testimony of Mark Cheek and Edward L. Renton, Jr. filed by Kansas City Southern Railway Company is DENIED. (Rec. Doc. 354).

IT IS FURTHER ORDERED that the motion in limine to exclude expert testimony of Larry Stokes filed by Kansas City Southern Railway Company is DISMISSED without prejudice. (Rec. Doc. 358).

New Orleans, Louisiana, this 20th day of June, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE